

# NUMBER 13-13-00505-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LAMAR ADVANTAGE OUTDOOR, LP,
D/B/A THE LAMAR COMPANIES,                                    Appellant,

v.

ALBERT TOTAH,                                                        Appellee.

### On Appeal from the 24th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 24th District Court of Victoria County, Texas, in cause number 13-3-74521-A. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an

agreement to settle and compromise their differences.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
13th day of March, 2014.